DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANOS FARKAS,**
Appellant,

v.

**U.S. BANK, NATIONAL ASSOCIATION,**
as Trustee for WAMU Mortgage Pass Through Certificate
for WMALT Series 2007-A4,
Appellee.

No. 4D18-1095

[October 11, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502009CA035912.

Janos Farkas, Austin, TX, pro se.

Kristie Hatcher-Bolin of GrayRobinson, P.A., Lakeland, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***